# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Tamela J. Swafford, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 09-6054-CV-SJ-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney Fees Under the Equal Access To Justice Act*, filed April 8, 2010 [Doc. 20]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney Fees Under the Equal Access To Justice Act*, filed April 8, 2010 [Doc. 20] is **GRANTED**. Accordingly plaintiff is awarded $4,222.75 in EAJA fees under 28 U.S.C. §2412 to be paid directly to plaintiff's counsel, Robert A. Grosser.

  */s/ John T. Maughmer*
 **JOHN T. MAUGHMER**
 **U. S. MAGISTRATE JUDGE**